**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**

In Re:
Trung X. Truong                                              Case # 10-16822-BFK

REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check, or checks, payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. Unclaimed funds represent the dividend(s) due and payable to the entity identified as the original payee on the face of the enclosed check(s).

PAYEE                                                        AMOUNT

TRUNG X. TRUONG                                              $10.00
8205 Mount Vernon Highway
Alexandria, VA 22309


Dated:      October 31, 2011            __/s/Thomas P. Gorman _____
                                        Thomas P. Gorman
                                        300 North Washington Street, Ste. 400
                                        Alexandria, VA 22314
                                        (703) 836-2226
                                        VSB#26421